

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Representing the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR **+17025425929** | Case No. 2:20-mj-345-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case.

**DATED** this 1st day of February, 2021.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE FOR **+17025425929** | Case No. 2:20-mj-345-BNW<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case is unsealed.

**DATED** this  8th  day of February, 2021.

_____
HON. BRENDA WEKSLER
United States Magistrate Judge

2